Fill in this information to identify the case:

Debtor name: TBB Deep Ellum LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS
Case number (if known): 25-30207

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Texas Capital Bank 2000 McKinney Ave Suite 700 Dallas, TX 75201 | | | | $950,667.17 | $0.00 | $950,667.17 |
| Texas Capital Bank 2000 McKinney Ave Suite 700 Dallas, TX 75201 | | | | $916,886.40 | $0.00 | $916,886.40 |
| Spectra Bank 2331 W. Northwest Highway Dallas, TX 75220 | | | | $819,116.24 | $0.00 | $819,116.24 |
| Libertas Funding, LLC 411 W. Putnam Ave. Suite 220 Greenwich, CT 06830 | | | | $370,140.85 | $0.00 | $370,140.85 |
| Texas State Comptroller PO Box 13528, Capital Station Austin, TX 78711 | | Tax Agency | | | | $47,665.03 |
| Sysco 1390 Enclave Parkway Houston, TX 77077 | | Vendor | | | | $27,150.29 |
| Dallas County Delinquent Personal Property Tax 500 Elm St., Suite 3300 Dallas, TX 75202 | | Tax Agency | | | | $23,257.15 |
| Epic Dallas Office, LP 2550 Pacific Avenue, Suite 1600 Dallas, TX 75226 | | Rent | | | | $16,824.04 |
| Vestis Linen Provider PO Box 731676 Dallas, TX 75373 | | Vendor | | | | $6,312.91 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor **TBB Deep Ellum LLC**  
Name

Case number *(if known)* 25-30207

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Trane U.S., Inc. 2313 S 20th St La Crosse, WI 54601 | | Trade Debt | | | | $3,533.98 |
| NuCO2 PO Box 9011 Stuart, FL 34995 | | Vendor | | | | $2,504.59 |
| Zeta Java 6505 W. Park Blvd Suite 306-305 Plano, TX 75093 | | Trade Debt | | | | $1,826.52 |
| John Klassen LLC 716 Knight Ln Irving, TX 75060 | | Trade Debt | | | | $1,672.46 |
| Ascension Coffee 16400 Dallas Parkway Suite 100 Dallas, TX 75248 | | Vendor | | | | $1,639.00 |
| Shifflett & Phillips, LLP 6371 Preston Rd Suite 250 Frisco, TX 75034 | | Accounting Debt | | | | $1,400.00 |
| RV Plumbing LLC 2825 Winchester Dr Royse City, TX 75189 | | Trade Debt | | | | $875.00 |
| Qualified Maintenance & Construction LLC 9030 FM 725 Suite C McQueeney, TX 78123 | | Trade Debt | | | | $216.50 |
| Worldpay Integrated Payments 8500 Governors Hill Dr. MD 1GH2X2 Symmes Township, OH 45249 | | Trade Debt | | | | $0.00 |